*Matthew B. Woods,* in support of the petition.

*Lloyd L. Langhammer,* in opposition.

Decided January 14, 2003

SCOTT LEWIS *v.* COMMISSIONER OF CORRECTION

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Scott Lewis,* pro se, in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

Decided January 14, 2003

CARLO VONA ET AL. *v.* EDWARD N. LERNER ET AL.

The Court *(FORD, MURRAY* and *LICARI, Js.)*

CHIEF JUSTICE SULLIVAN and JUSTICES BORDEN, NORCOTT, KATZ, PALMER and VERTEFEUILLE and JUDGES MULCAHY and SUSCO did not participate in the consideration or decision of this petition.

*Thomas E. Minogue, Jr.,* in support of the petition.